1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  GEORGE O. HAGEMAN (CABN 332457)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6511
7      Fax: (415) 436-7234
       George.Hageman@usdoj.gov
8
   Attorneys for United States of America
9

FILED

Mar 24 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:23-mj-70348 MAG |
|---|---|---|
| Plaintiff, | ) | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | ) | |
| ANASTASSIA KREZOUB, | ) | |
| Defendant. | ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on March 24, 2023, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐   Indictment

☐   Information

X   Criminal Complaint

☐   Other (describe) _____

pending in the Central District of California, Case Number 8:23-mj-00164-DUTY.

In that case (copy of complaint attached), the defendant is charged with a violation of 18 U.S.C. § 2261A(2)(B).

Description of Charges: The defendant is charged with stalking the victim by sending repeated threatening and harassing voicemails and text messages (including 7900 in one month alone) to the victim, the victim's employer, and the victim's family. The defendant additionally requested that the victim provide her gifts to avoid further damage to the victim's reputation.

The maximum penalties are as follows: not more than five years of imprisonment, a $250,000 fine, a $100 special assessment, three years of supervised release, restitution, and forfeiture.

Respectfully Submitted,

ISMAIL J. RAMSEY
UNITED STATES ATTORNEY

Date: March 24, 2023

*/s/ George O. Hageman*
GEORGE O. HAGEMAN
Assistant United States Attorney