1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7   USA,                                    Case No.3:23-mj-70348-MAG-1  (LJC)
8              Plaintiff,
                                            Charging District's Case No.
9        v.
                                            8:23-mj-00164-DUTY
10  ANASTASSIA KREZOUB,
11             Defendant.

12                        **COMMITMENT TO ANOTHER DISTRICT**

13       The defendant has been ordered to appear in the Central District of California

14       The defendant:        (  ) will retain an attorney.

15                             (X) is requesting court-appointed counsel.

16       The defendant remains in custody after the initial appearance.

17

18       **IT IS ORDERED:**  The United States Marshal must transport the defendant, together with

19  a copy of this order, to the charging district and deliver the defendant to the United States Marshal

20  for that district, or to another officer authorized to receive the defendant.  The Marshal or officer

21  of the charging district should immediately notify the United States Attorney and the Clerk of the

22  Clerk for that district of the defendant's arrival so that further proceedings may be promptly

23  scheduled.  The Clerk of this district must promptly transmit the papers and any bail to the

24  charging district.

25  Dated: March 30, 2023

26                                          _____
                                            LISA J. CISNEROS
27                                          United States Magistrate Judge

28